IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

THERON BLAKE SCOTT,
ADC #22711                                                           PLAINTIFF

V.                    CASE NO. 3:17-CV-00153-JM-BD

DOES                                                                 DEFENDANTS

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Scott's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Scott's lawsuit is DISMISSED, without prejudice.

IT IS SO ORDERED, this 26th day of September, 2017.

_____
UNITED STATES DISTRICT JUDGE