## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**THERON BLAKE SCOTT,**
**ADC #22711**                                                        **PLAINTIFF**

**V.**                    **CASE NO. 3:17-CV-00153-JM-BD**

**DOES**                                                             **DEFENDANTS**

### JUDGMENT

Consistent with the Order entered on this day, this case is DISMISSED, without

prejudice.

Dated this 26th day of September, 2017.

_____
UNITED STATES DISTRICT JUDGE